# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| MARSHA BENEDEK<br>*Plaintiff*<br>v.<br>FRANCISCAN ALLIANCE, INC. a/k/a Franciscan Health Dyer<br>*Defendant* | )<br>)<br>) Civil Action No.   2:20 CV 11 PPS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other:   The jury found for the defendant, Franciscan Alliance, Inc. a/k/a Franciscan Health Dyer.

This action was *(check one)*:

x tried by a jury with Judge   Philip P. Simon   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:   7/20/2023

CLERK OF COURT

/s/ Noel Collins

*Signature of Clerk or Deputy Clerk*